# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BONIFACIA M. CARDENAS**                                        **PLAINTIFF**

V.            **CASE NO.: 4:15CV00056 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Bonifacia M. Cardenas and against the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED this 11th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE